

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 07/18/2026, Shaniqua Walton

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Northern District of Alabama .

Case number: 26-81538

Certificate number: ALN26-815384925908

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance